IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DELANO BLACKWOOD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 09-0201-WS-N |
| | ) | |
| ERIC HOLDER, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that the above-styled action is DISMISSED without prejudice. No costs are taxed.

DONE this 31st day of December, 2009.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE